# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————

DAVID RENCZKOWSKI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3516

—————————————

April 15, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joshua Riba, Judge.

David Renczkowski, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and SMITH, JJ., Concur.

—————————————

Opinion subject to revision prior to official publication.